**Order entered November 7, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01122-CV

### IN THE INTEREST OF M.D., A CHILD

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 86664**

## ORDER

Before the Court is appellant's November 4, 2019 request for extension of time to file her opening brief. We **GRANT** the motion and **ORDER** the brief be filed no later than November 8, 2019. Because this is an accelerated appeal in a parental termination case, we caution that further extension requests will be disfavored.

/s/     BILL WHITEHILL
        JUSTICE